Next case is OF Mossberg & Sons v. Timney Triggers, 2019-11-34. This